UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Boards of Trustees of Ohio
Laborers' Fringe Benefits
Programs,

    Plaintiffs,

v.

North American Cement Co, Inc.,

    Defendant.

Case No. 2:16–cv–290

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

On July 20, 2016, Magistrate Judge Jolson issued a report and recommendation ("R&R") regarding Plaintiff's motion for default judgment against Defendant. R&R, ECF No. 11. Magistrate Judge Jolson recommended the motion be granted. *Id*. at 2.

Magistrate Judge Jolson notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id*. at 2–3. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id*. at 3.

The deadline for filing such objections has passed, and no objections were filed. Accordingly, the R&R is **ADOPTED**, and the motion for default judgment, ECF No. 10, is **GRANTED**.

The Clerk shall enter judgment against Defendant North American Cement Co., Inc. in the amount of $1,380.07, including unpaid fringe benefit contributions through December 2015, prejudgment interest, and liquidated damages, and reasonable attorney's fees in the amount of $1,912.50, plus interest from the date of judgment at the rate of one percent (1%) per month.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**